EILEEN DEMARIA *v.* JOSEPH L. DEMARIA

The plaintiff's petition for certification for appeal from the Appellate Court, 47 Conn. App. 729 (AC 17025), is granted, limited to the following issue:

"Under the circumstances of this case, did the Appellate Court properly render a judgment terminating alimony to a cohabiting spouse where there was no showing that the cohabiting spouse's financial needs had changed?"

The Supreme Court docket number is SC 15912.

*David P. Ball,* in support of the petition.

Decided April 15, 1998

MARK RICHARD *v.* OLSEN TEMPORARY SERVICES ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 47 Conn. App. 939 (AC 17271), is denied.

*James K. Smith,* in support of the petition.

Decided April 15, 1998